Opinion by HARALSON, J.

---

## Tatum *v.* Jordan.

APPEAL from the Circuit Court of Cherokee.
Tried before the Hon. J. A. BILBRO.

R. F. CONNER, for appellant.

MATTHEWS & WHITESIDE, for appellee.

This cause was submitted on motion to establish a bill of exceptions.

The motion to establish the bill of exceptions was overruled, and the judgment appealed from is affirmed.